UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-81726-BLOOM/Valle

GABRIELA ORMENO et al.,

    Plaintiffs,

v.

S&J CRAZY LIZARDS
ENTERTAINMENT LLC et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff Gabriela Ormeno's Notice of Dismissal Without Prejudice by Gabriela Ormeno Only, ECF No. [48]. Ormeno represents that Defendants have no objection to this dismissal without prejudice. Being fully advised, it is

**ORDERED AND ADJUDGED** that *only* those claims brought by Gabriela Ormeno in this matter are **DISMISSED WITHOUT PREJUDICE**. This Court previously stayed this action with regard to the remaining Plaintiffs, Rebecca Wiles and Gabrielle Williams, pending resolution of arbitration. *See* ECF No. [46]. Accordingly, this matter is **STAYED** and the Clerk shall administratively **CLOSE** this matter pending the resolution of arbitration on the remaining claims. All pending motions and deadlines are **STAYED** pending the resolution of arbitration.

**DONE AND ORDERED** in Miami, Florida this 13th day of July, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:   Counsel of Record